# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Beretta Hoff

                Plaintiff(s),

           v.

Communications Workers of America, Local 9400, AFL-CIO

                Defendant(s).
_____/

CASE NO. CV-07-00363-WHA

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
✓   Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: April 17, 2007

                                                      Attorney for Plaintiff

Dated: April 17, 2007

                                                      Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
  X  Early Neutral Evaluation (ENE)
      Mediation
      Private ADR

Deadline for ADR session
  X  90 days from the date of this order.
      other

IT IS SO ORDERED.

Dated: August 29, 2007



_____ JUDGE

Judge William Alsup

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3660 Wilshire Boulevard, Suite 600, Los Angeles, California 90010. I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

On April 19, 2007, I served the following document(s): **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on the interested parties in this action:

☐  via facsimile to ( ).

☒  by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California addressed as set forth below.

☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Robert Cowan, Esq.
Law Offices of Robert Cowan
1375 Quesada Avenue
San Francisco, CA 94124-3336

I am "readily familiar" with the firm's practice of service of process. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business.

I declare under penalty of perjury that the above is true and correct.

Executed on April 19, 2007, at Los Angeles, California.



Jacquelyn Zwirn