**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERETTA HOFF,<br><br>  Plaintiff,<br>  v.<br><br>COMMUNICATIONS WORKERS OF AMERICA, LOCL 9400, AFL-CIO,<br><br>  Defendant.<br>_____/ | No. C 07-0363 SI<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE** |

This matter came on for a regularly-scheduled case management conference on Friday, October 19, 2007. Defendant was present through counsel, but plaintiff did not appear in person or through counsel, nor did she or her counsel contact the Court in any way concerning their absence.

Plaintiff is hereby ORDERED to show cause, **in writing filed with the Court and served on opposing counsel no later than October 30, 2007**, why she failed to appear and whether she intends to continue with this action.

**IT IS SO ORDERED.**

Dated: October 22, 2007

  _____
  SUSAN ILLSTON
  United States District Judge