LEWIS N. LEVY, ESQ. (Nevada Bar # 1987)
LEVY, STERN & FORD
3660 Wilshire Blvd., Suite 600
Los Angeles, CA 90010
(213) 380-3140

Attorneys for Defendant
Communications Workers of America
Local 9400, AFL-CIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERETTA HOFF<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COMMUNICATIONS WORKERS OF AMERICA, LOCAL 9400, AFL-CIO<br><br>　　　　　Defendant. | Case No. CV-07-00363-SI<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF, MOTION CUT-OFF, TRIAL AND RELATED DATES, AND; PROPOSED ORDER** |

COMES NOW, through their respective counsel of record, Plaintiff Beretta Hoff and Defendant Communications Workers of America, Local 9400, AFL-CIO, who hereby stipulate as follows:

WHEREAS, this action was originally assigned to District Court Judge William Alsop, who – on or about April 26, 2007 – issued a scheduling order governing the administration of this action;

WHEREAS, on or about September 5, 2007, and pursuant to Local Rule 3-12(b), this action was re-assigned to the Honorable District Court Judge Susan Ilston as it is related to another action pending before this Court entitled *Beretta Hoff v. Pacific Bell Information Services, Inc. et. al.* (USDC Case No. C 07-00126 SI)(the "PBIS Action");

WHEREAS, a different scheduling order applies to the *PBIS Action* and, insofar as this action is related to the *PBIS Action*, the parties agree that the dates governing the administration of the *PBIS Action* should also apply to this action:

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The Scheduling Order issued herein by District Court Judge Alsop – and dated April 26, 2007 – is vacated.

2. The following Pre-Trial Preparation Dates shall heretofore apply to the prosecution, defense and administration of this action:

| | |
|---|---|
| Non-Expert Discovery Cutoff Date: | December 7, 2007 |
| Designation of Experts: | December 17, 2007 |
| Designation of Rebuttal Experts: | January 14, 2008 |
| Expert Discovery Cutoff: | February 15, 2008 |
| Dispositive Motion Cutoff: | February 22, 2008 |
|    Opposition Due: | March 7, 2008 |
|    Reply Due: | March 14, 2008 |
|    Motion Hearing Date: | March 28, 2008 |
| Pre-Trial Conference Date: | May 6, 2008, at 3:30pm |
| Trial Date: | June 2, 2008, at 8:30am |
| Special Discovery and Pre-Trial Provisions: | This case shall be referred to the Court's ENE program |

**IT IS SO STIPULATED.**

Dated:_____

Dated: October 31, 2007

_____
Robert Cowan, Esq.
Counsel for Plaintiff Beretta Hoff

_____
Lewis N. Levy, Esq.
Levy, Stern & Ford
Counsel for Defendant Communications Workers of America, Local 9400, AFL-CIO

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The Scheduling Order issued herein by District Court Judge Alsop – and dated April 26, 2007 – is vacated.

2. The following Pre-Trial Preparation Dates shall heretofore apply to the prosecution, defense and administration of this action:

| | |
|---|---|
| Non-Expert Discovery Cutoff Date: | December 7, 2007 |
| Designation of Experts: | December 17, 2007 |
| Designation of Rebuttal Experts: | January 14, 2008 |
| Expert Discovery Cutoff: | February 15, 2008 |
| Dispositive Motion Cutoff: | February 22, 2008 |
| Opposition Due: | March 7, 2008 |
| Reply Due: | March 14, 2008 |
| Motion Hearing Date: | March 28, 2008 |
| Pre-Trial Conference Date: | May 6, 2008, at 3:30pm |
| Trial Date: | June 2, 2008, at 8:30am |
| Special Discovery and Pre-Trial Provisions: | This case shall be referred to the Court's ENE program |

**IT IS SO STIPULATED.**

Dated: 10/30/07

_____
Robert Cowan, Esq.
Counsel for Plaintiff Beretta Hoff

Dated: October 11, 2007

_____
Lewis N. Levy, Esq.
Levy, Stern & Ford
Counsel for Defendant Communications Workers of America, Local 9400, AFL-CIO

## ORDER APPROVING STIPULATION

Based upon the foregoing, and good cause appearing therefore, it is hereby ordered:

1. That the Scheduling Order issued herein by District Court Judge Alsop – and dated April 26, 2007 – is vacated.

2. That the following Pre-Trial Preparation Dates shall heretofore apply to the prosecution, defense and administration of this action:

| | |
|---|---|
| Non-Expert Discovery Cutoff Date: | December 7, 2007 |
| Designation of Experts: | December 17, 2007 |
| Designation of Rebuttal Experts: | January 14, 2008 |
| Expert Discovery Cutoff: | February 15, 2008 |
| Dispositive Motion Cutoff: | February 22, 2008 |
| Opposition Due: | March 7, 2008 |
| Reply Due: | March 14, 2008 |
| Motion Hearing Date: | March 28, 2008 |
| Pre-Trial Conference Date: | May 6, 2008, at 3:30pm |
| Trial Date: | June 2, 2008, at 8:30am |
| Special Discovery and Pre-Trial Provisions: | This case shall be referred to the Court's ENE program |

**IT IS SO ORDERED.**

Dated:_____

_____
**UNITED STATES DISTRICT COURT JUDGE**

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3660 Wilshire Boulevard, Suite 600, Los Angeles, California 90010. I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

On October 31, 2007, I served the following document(s): **STIPULATION TO EXTEND DISCOVERY CUT-OFF, MOTION CUT-OFF, TRIAL AND RELATED DATES, AND PROPOSED ORDER THEREON** on the interested parties in this action:

[ ] via facsimile to ( ).

[X] by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California addressed as set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Robert Cowan, Esq.
Law Offices of Robert Cowan
1375 Quesada Avenue
San Francisco, CA 94124-3336

I am "readily familiar" with the firm's practice of service of process. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business.

I declare under penalty of perjury that the above is true and correct.

Executed on October 31, 2007, at Los Angeles, California.

Jacquelyn Zwirn